FBI/Still

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

RECEIVED BY: Lou
DATE: 7/20/17 TIME: 0830
U.S. MARSHAL E/TN
KNOXVILLE, TN

**SEALED**

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:17-CR-82 |
| HEATHER ANN TUCCI-JARRAF | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

Case No: 1:17-mj-531
Assigned To: Magistrate Judge Deborah A. Robinson
Date Assigned: 7/26/2017
Description: Arrest Warrant (Rule 40)

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* HEATHER ANN TUCCI-JARRAF

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

the defendant, did unlawfully and knowingly combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to commit money laundering, in violation of Title 18, United States Code, Sections 1956 and 1957.

Date: 07/19/2017

*Issuing officer's signature*

City and state: Knoxville, TN

Brush, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7-20-17, and the person was arrested on *(date)* 7-26-17
at *(city and state)*

Date: 7-26-17

*Arresting officer's signature*

Matthew Sams DUSM
*Printed name and title*

FID# 10365908

1774-0720-2495-J