UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | MAG. NO. 17-531 (DAR) |
| HEATHER ANN TUCCI-JARRAF, | : | |
| Defendant. | : | |

## GOVERNMENT'S EXHIBIT LIST

|   |   |   |   |   |   | ID |
|---|---|---|---|---|---|---|
| 1 | Certified Copy of Indictment and Copy of Warrant for Tucci-Jarraf | Self-Authenticating | 8/4/17 | 8/4/17 | 8/4/17 | |
| 2 | Copy of NCIC Printout for Tucci-Jarraf | SA Still | 8/4/17 | 8/4/17 | 8/4/17 | 8/4/17 |
| 3 | Copy of Video Recording of Tucci-Jarraf identifying herself | SA Still | 8/4/17 | 8/4/17 | 8/4/17 | 8/4/17 |
| 4 | Copy of Complete FBI Report Regarding Fingerprint Comparison for Tucci-Jarraf | SA Still | 8/4/17 | 8/4/17 | 8/4/17 | 8/4/17 |
| 5 | Copy of Pretrial Services Agency Report for Tucci-Jarraf | Self-Authenticating | — | — | — | — |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |